Notice of Returned Mail to Debtor/Debtor's Attorney

December 13, 2021

From: United States Bankruptcy Court, District of Alaska

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

    In re: Lane Herman Drury, Case Number 21-00190, GS

**FILED**

DEC 3 0 2021

CLERK
U.S. BANKRUPTCY COURT
BY_____
DEPUTY CLERK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Anchorage**
**605 W. 4th Avenue, Suite 138**
**Anchorage, AK 99501-2296**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

THE UPDATED ADDRESS IS:

AMAZON (SYNCHRONY BANK)
#5104
P.O. BOX 1020 DEPT. 806
HORSHAM, PA 19044-8020

_Amazon_
_410 Terry Ave N_
_Seattle, WA_
_98109_

_Lane H. Drury_

Signature of Debtor or Debtor's Attorney

_Dec. 22, 2021_

Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

022326

8480402234803 4

1