**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lane Herman Drury** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number | **21-00190** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................ | $ 295,100.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................. | $ 119,539.70 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................... | $ 414,639.70 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 459,738.34 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......... | $ 150,927.00 |
| **Your total liabilities** | $ 610,665.34 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.................. | $ 1,479.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................ | $ 2,533.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Lane Herman Drury**                                         Case number *(if known)*  **21-00190**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ 0.00

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Lane Herman Drury** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number | 21-00190 |

■ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| 1.1 | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| **10933 W. Granada Drive** | ■ Single-family home | |
| Street address, if available, or other description | ☐ Duplex or multi-unit building | |
| | ☐ Condominium or cooperative | |
| | | |
| **Sun City        AZ    85373-0000** | ☐ Manufactured or mobile home | Current value of the entire property? / Current value of the portion you own? |
| City        State        ZIP Code | ☐ Land | **$250,000.00** / **$125,000.00** |
| | ☐ Investment property | |
| | ☐ Timeshare | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. |
| | ☐ Other _____ | |
| **Maricopa** | **Who has an interest in the property?** Check one | **Fee simple subject to deed of trust** |
| County | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ■ At least one of the debtors and another | ☐ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** | |
| | **Lot 44, Sun City, Unit 37, according to Plat recorded in Book 173 of Maps, Page 39.** | |

Debtor 1   **Lane Herman Drury**                                              Case number *(if known)*   **21-00190**

**If you own or have more than one, list here:**

1.2

**12170 N. Kuehn Way**
Street address, if available, or other description

| | |
|---|---|
| **Sutton** | **AK** | **99674-0000** |
| City | State | ZIP Code |

**Matanuska Susitna**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$170,100.00** | **$170,100.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple subject to deed of trust and judgment lien recorded 1-16-2020.**

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Tax ID:  51263000L008.  Value stated is 2021 assessed value, up from $162,300 in 2020.  2022 assessed value is $188,700.  Consists of 4.13 acres.  Trustee Battley is obtaining a brokers opinion of value which may justify modification of this value.  Balance stated  from 4-6-22 credit report.  Other report states $130,114. Date of last payment  shown as 2-1-2021.**
**Judgment lien will not need avoided as it will be cleared upon sale of AZ property.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=>

| |
|---|
| **$295,100.00** |

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1     **Lane Herman Drury**                                           Case number *(if known)*     **21-00190**

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Ford** |
|---|---|---|
| | Model: | **F 150 Lariat** |
| | Year: | **2010** |
| | Approximate mileage: | **107921** |
| | Other information: | |

**With bed cover. AK Plate: GWE388, SN: 1FTFW1EV7AFC2098. Keyless entry, crew cab, 6'5' bed, leather interior, power sliding window, sunroof. In fair condition. Kbb.com value range in fair condition is $13780 to $16,273. Mid range is $15,027  Originally filed schedules valued this at $10,000.  Mileage was incorrectly stated at 75,000 on original schedules.**
**There is a 2010 F-150  with 211,000 miles listed on Craigslist at $11,000.**

**Original schedules reflected $10,000 value on schedule B with current value of portion you own at $1,000.  Schedule D showed amount of claim at $10,000 with value of collateral at $8,000.**

**"Fair condition" is used due to a  repair estimate from Midas for vehicle service that has been neglected in the amount of:  $4141.83.  Additionally the sun roof was incorrectly repaired and needs redone.**

**August 31, 2021 bank statement shows balance on the loan at $4,808.48.**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $13,780.00 | $13,780.00 |

Debtor 1   **Lane Herman Drury**                                                    Case number *(if known)*   **21-00190**

---

3.2   Make:   **Ford**

Model:   **F250 XLT Lariat**

Year:   **1989**

Approximate mileage:   **114511**

Other information:

SN:  1FTHF26HPA23355.  AK Plate:  7633CK.  Too old for kbb.com. Nada.com places retail value range between $1,875 to $5,727. Mileage at 103,837 upon tire change receipt in 2005, thus it is clear that the odometer has rolled over. With tire chains.  Despite some fixable fire damage under the hood, with the Western snow plow in good condition, this vehicle is worth the $3,500 amount stated.  Canopy is collapsed.  Debtor has possession of the title.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

---

3.3   Make:   **Ford (Title only)**

Model:   **Explorer**

Year:   **2008**

Approximate mileage:

Other information:

Title to 2008 Ford Explorer, VIN: 1FMEU73E98UA49496, in the name of Lane and Karen Drury. This vehicle was stolen in approximately 2017 while debtors were in Arizona with their son Dustin.  It was impounded and sold at an impound auction.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

3.4   Make:   **Prowler-Title only**

Model:   **Fifth wheel.**

Year:   **1997**

Approximate mileage:

Other information:

Debtor is in possession of a title to a 1997 Prowler, fifth wheel trailer, VIN: 1EC5C2427V2386311.  This trailer was sold  to Tim Corey, for $5,000.  He never picked up the title and has since sold it.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Lane Herman Drury**                                    Case number *(if known)*    **21-00190**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **Wilson** |
| | Model: | **Flatbed tandem axle.** |
| | Year: | **2000** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,200.00 | $2,200.00 |

Other information:

**3500 GWT. 2" ball, with plywood floor and sides, and pull out ramps. Tires about 50%.  Date of manufacture noted on frame plaque.  The title was not located in the title file during counsel's visit of 5-6-22.**

| 4.2 | Make: | **Forest River Sunseeker** |
| | Model: | **Model 3010DS.** |
| | Year: | **2018** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $72,527.00 | $72,527.00 |

Other information:

**VIN: 1FDXE4FS6HDC39102. AK Plate:  JHV 285.  Purchase price: $71,155.
Truffle interior, rustic cherry, 15k BTU AC/Heat pump and automatic leveling jacks. Interior is clean. It has awning damage over large push out. All three batteries discharged over the winter and may need replacing.  Debtor and counsel jump started it on 5-6-2022. This vehicle was not listed on the original schedules and statements.**

**Value range: $72,527 to $87,411 on nada.com retail value.**

| 4.3 | Make: | **Snowbear** |
| | Model: | **Utility trailer Model TRA/REM** |
| | Year: | **2004** |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
    (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $400.00 | $400.00 |

Other information:

**VIN:  2SWUW11A74G233978. This is a flatbed trailer with hinged loading ramp like one would purchase at Home Depot.  Debtor believes $600 was paid for it. Debtor has possession of the title.**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Lane Herman Drury**                                           Case number *(if known)*   **21-00190**

---

| 4.4 | Make: | **Homemade** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   **ATV trailer.**

Year:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
  (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$50.00** | **$50.00** |

Other information:

**Homemade steel tube trailer. This is pretty much  junk but could probably be sold on Craigslist or a garage sale for $50.**

---

| 4.5 | Make: | **Bad Ass Bumper Company** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   **Single axle  ATV trailer.**

Year:   **1990's.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
  (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$600.00** | **$600.00** |

Other information:

**Bad Ass Bumper Company was a local entitly that went out of business many years ago. They built good products. This trailer is aluminum and is structurally sound with decent tires and with minor dents that could be easily straightened.  It is worth at least the value stated, especially to a summer market.**

---

| 4.6 | Make: | **Homemade** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   **Single axle**

Year:

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
  (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$225.00** | **$225.00** |

Other information:

**This homemade ATV trailer is made with a steel frame and carries a value as stated in part due to a current shortage of tires and wheels such as these use.  The tires and wheels on this trailer are in reasonably good condition.**

---

| 4.7 | Make: | **Montgomery Ward** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model:   **Jonboat**

Year:   **1985 or before.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
  (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$220.00** | **$220.00** |

Other information:

**Purchased new from Montgomery Ward before they went out of business.  Nothing comparable is  currently listed on the local Craigslist or Facebook Marketplace.**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Debtor 1    **Lane Herman Drury**                                                      Case number *(if known)*    **21-00190**

| 4.8 | Make: | **Honda** |
|---|---|---|

Model: **Foreman ATV.**

Year: **2002**

Other information:

> **This older but well engineered ATV is in reasonably good cosmetic condition, however it appears to have a problem that causes fuel leakage in the carbuerator. There is an April 2022 Craigslist offer to sell a 2004 Honda Foreman 450 with 5,000 miles for $3,500 but it as been listed for over 12 days.**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,000.00** | **$1,000.00** |

---

| 4.9 | Make: | **John Deere** |
|---|---|---|

Model: **D130 riding lawn mower**

Year: **Unknown**

Other information:

> **Specifications according to Lowes web site: 22 HP, V Twin, 42", hydrostatic transmission, with grass pickup bins. A similar comparable listing on Facebook Marketplace for a Model D110 appeared on 5-10-2022 for $500.**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this is community property
  (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$750.00** | **$750.00** |

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>

| | $95,252.00 |
|---|---|

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe.....

| | |
|---|---|
| In the dining room: Six sided table with six chairs; floor lamp; framed decorator print; framed photo; corner cabinet with flower pots and nik naks; oversized cribbage board; games; poker chips, extension cord; and wall clock. | $180.00 |
| In the kitchen: Pots and pans; miscellaneous kitchen utensils; supplies and provisions; toaster; coffee pot; plant stand; GE propane gas stove; GE refrigerator; GE microwave; electric heater; two step ladders. | $520.00 |
| In the living room: Recliner; couch; oak cabinets; round coffee table; lamp; and miscellaneous nik naks. | $370.00 |

Debtor 1    **Lane Herman Drury**                                                Case number *(if known)*    **21-00190**

| | |
|---|---:|
| In the master bedroom:  King size poster bed; oak bench at the foot of the bed; 8 drawer dresser with mirror; dark stained bookcase; six drawer dresser; office chair; 2 end tables; desk lamp; 7 drawer armoire. | $670.00 |
| In the crawl space: Electric barn heater. | $7.50 |
| Pressure cooker and meat processing containers | $100.00 |
| 4 plastic tables; Plastic picnic table; 60" round plastic table; portable event type shelter framework; glass top metal patio table; three garbage cans; framework for vehicle shelter; 11 patio chairs; wooden Adirondack chair; wooden bench; Longhorn 3 in 1 barbeque grill. | $350.00 |
| In the west side of the storage building:  Four compartment cabinet; bookshelves; drop leaf table; four drawer dresser; oak two drawer filing cabinet; gun rack; steel rolling cabinet; Sony stereo; carved duck lamp; camp chair; ratty rolling wooden cabinet; bookshelf. | $450.00 |
| Miscellaneous extension cords. | $50.00 |
| In the laundry room:  Maytag washer and GE dryer. | $160.00 |
| Outside:  Ancient chest freezer with food. | $300.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| 2 televisions, 2 Blue Ray players, cell phone. | $500.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---:|
| Judy Rideout framed print of polar bear cubs, 241/950 (1989); Judy Rideout framed print of a dall sheep. | $225.00 |
| 19" tagged walrus tusk. | Unknown |
| Two sets mounted deer horns. | $60.00 |
| Approximately 100 books, that are located in the west end of the back storage building. | $50.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Old fashioned, "grim reaper" type scythe.  Value stated derived from recent ebay and priclist postings:  $80; $95; 49.69; $49.66.  One steel animal trap. | $60.00 |
|---|---|

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Golf clubs and a bowling ball. | $600.00 |
|---|---|

| Binoculars | $35.00 |
|---|---|

| Hoyt compound bow with case. | $110.00 |
|---|---|

| Indoor plant growing supplies, potting supplies, lights and ventilation, plant nutrients, all of which are located in the center section of the back storage building. | $750.00 |
|---|---|

| Schwinn Meridian, adult three wheeled bicycle.  This bicycle was not divided in the dissolution action, though Karen Drury states that it was hers.  Walmart.com sells this bicycle for $399 new. | $100.00 |
|---|---|

| Miscellaneous sportfishing supplies. | $300.00 |
|---|---|

| Broken reels; old depth finder; several guns and a bear skull that went through a fire. | $50.00 |
|---|---|

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ■ Yes.  Describe.....

| S & W .357 pistol | $275.00 |
|---|---|

| Remington, Model 1100 12 gauge shotgun.  Value stated from Page 1612 of the Bluebook of Gun Values in 70% condition. | $175.00 |
|---|---|

| Ruger .338, Model 77, rifle with gold ring Leopold scope, SN: 78-86962.  Value stated from Page 2000 of the Bluebook of Gun Values in 70% condition:  $200, plus $100 for the scope and for the ammunition and accessories on hand for this weapon. | $400.00 |
|---|---|

| Ammunition other than that for the .338. | $250.00 |
|---|---|

| Gun vise; Rock chucker reloading press, and reloading supplies. | $450.00 |
|---|---|

Debtor 1    **Lane Herman Drury**                                            Case number *(if known)*    **21-00190**

---

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Clothing and shoes, including an antique Woolrich wool  coat | $300.00 |

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes. Describe.....

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| Red female dog named "Mattie." | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| Hearing aids | $2,000.00 |

| 26  boxes Baxter dialysis supplies. | Unknown |

| Amia kidney dialysis machine; IV stand.  Unknown value. Honda EU 2000 gas generator necessary to power it during power outages. | $400.00 |

| Toilet seat extension. | $1.00 |

| Walker. | $60.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| $10,308.50 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes......................................................................................................

**Cash**    $75.00

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1   **Lane Herman Drury**                                                     Case number *(if known)*   **21-00190**

| | | | |
|---|---|---|---|
| | ■ Yes........................ | | Institution name: |
| | | | **Alaska USA FCU**<br>**POB 196613**<br>**Anchorage, AK  99519** |
| 17.1. | **Checking and savings.** | | **August bank statement submitted by Karen Drury in support of Application to Have Filing Fee Waived showed August ending balance of $242.89, in the account and a then balance on the 2010 Ford F150 of $4,808.48.  None of Lane Drury's money was in this account.** |
| | | | **Unknown** |
| 17.2. | **Savings and checking.** | **Wells Fargo Bank** | **$30.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
  ■ No
  ☐ Yes.................   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
  ■ No
  ☐ Yes.  Give specific information about them...................
      Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
  ■ No
  ☐ Yes. Give specific information about them
      Issuer name:

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
  ■ No
  ☐ Yes. List each account separately.
      Type of account:            Institution name:

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
  ■ No
  ☐ Yes. .....................   Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
  ■ No
  ☐ Yes.............   Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
  ■ No
  ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
  ■ No
  ☐ Yes.  Give specific information about them...:

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
  ■ No
  ☐ Yes.  Give specific information about them...:

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor 1    **Lane Herman Drury**                                                      Case number *(if known)*   **21-00190**

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
     ☐ No
     ■ Yes.  Give specific information about them...

| | |
|---|---|
| Valid Alaska drivers license. | Unknown |

| | |
|---|---|
| Permanent hunting, fishing and trapping licenses with the State of Alaska. | $0.00 |

| | |
|---|---|
| Asbestos abatement training certificate. | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**
     ☐ No
     ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Estimated accrued 2021 tax refund. | Federal income tax return. | Unknown |

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
     ■ No
     ☐ Yes. Give specific information......

30.  **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
     ■ No
     ☐ Yes.  Give specific information..

31.  **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
     ■ No
     ☐ Yes. Name the insurance company of each policy and list its value.
                         Company name:                          Beneficiary:                          Surrender or refund value:

32.  **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.
     ■ No
     ☐ Yes.  Give specific information..

33.  **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ☐ No
     ■ Yes.  Describe each claim.........

Debtor 1    **Lane Herman Drury**    Case number *(if known)*    **21-00190**

---

**Pre and postpetition claim against "Golden Homes" relating to their receiving mortgage payments and apparently not forwarding them to Carrington Mortgage:**

| | |
|---|---|
| 3-15-21 | $970 |
| 4-2-21 | $1047 |
| 5-10-21 | $879 |
| 6-25-21 | $880 |
| 6-28-21 | $892 |
| 8-17-21 | $907 |
| 9-21-21 | $893 |
| 11-3-21 | $870 |

                              **Subtotal: $7,338**

**[Petition Date: 11-12-2021].**

| | |
|---|---|
| 11-26-21 | $880 |
| 12-14-21 | $880 |
| 1-14-22 | $922 |

                              **Subtotal: $2,682**

                              **Grand total: $10,020**

**Prepetition payments:  3-15-2021        $971**                                      **$7,338.00**

---

34.  **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
☑ Yes.  Describe each claim.........

**Right to receive unretired capital credits from MEA and MTA.**                      **Unknown**

---

35.  **Any financial assets you did not already list**
☐ No
☑ Yes.  Give specific information..

**Right to receive attached portion of the 2021 Alaska Permanent Fund Dividend.**                      **$891.20**

---

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................**                      **$8,334.20**

---

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38.  **Accounts receivable or commissions you already earned**
☑ No
☐ Yes.  Describe.....

---

Official Form 106A/B                    Schedule A/B: Property                    page 13

Debtor 1   **Lane Herman Drury**                                        Case number *(if known)*   **21-00190**

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Dewalt air compressor; miscellaneous mechanic tools; DeWalt compound miter saw;  short step stool;  shop vacuum. | $350.00 |
| Fifth wheel hitch.<br>Value stated based upon current Craigslist offerings for similar items:<br>$600 for an 18,000 pound model in the Knik Road area.<br>$1,000 for a 20,000 pound model in Eagle River.<br>$300 for a 16,000 pound model in Anchorage.<br><br>Value stated is the average of the above offerings.<br>$1,000 for a Super Glide model in Kenai. | $725.00 |
| Hand operated fuel pump. | $35.00 |
| Carpet laying tools. | $60.00 |
| Miscellaneous household maintenance tools:  DeWalt 12" chop saw; air hoses; one DeWalt air finish nailer; 16 penny air gun; DeWalt air 8 penny nailer. | $420.00 |

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
             Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

Official Form 106A/B                         Schedule A/B: Property                              page 14

Debtor 1    **Lane Herman Drury**                                              Case number *(if known)*   **21-00190**

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................................. | **$1,590.00**

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information .........

| | |
|---|---|
| **Hand truck, dumping garden cart, snow shovels, and insulated cooler.** | $40.00 |
| **In or near the shed: Electric cement mixer; stainless steel sink; inoperable Poulan chainsaw, inoperable but complete Stihl chainsaw, antler collection, old rims, tarps, hand post hole digger; hunting tree climber, stainless steel cable, camping gear, gas cans, tool boxes, miscellaneous hardware, cots, back pack, snowshoes, camp stoves, saw blades, rope, Coleman lanterns, wooden desk, asbestos filtering mask; archery targets.** | $300.00 |
| **Old non functioning Honda powered snow blower.** | $50.00 |
| **Against the east wall of the shed:  Two 50 gallon barrels; two rusty metal and glass tables; old breaker box, bent bed frame angle iron.** | $23.00 |
| **To the right of the storage building:  One stack of scrap lumber, consisting most of pallets;  old RV refrigerator.** | $5.00 |
| **Lawn rake, brush nippers, cultivating hoe, garden rake.** | |
| **Behind the storage building.** | $22.00 |
| **Behind the greenhouse: (13) assorted garden tools;  7 assorted camp coolers; wheelbarrow; gas can; one high quality large camp cooler.** | $240.00 |
| **Inside and along the greenhouse:  Folding chair; extension cords; (2) hardened 80 pound bags sackcrete; hoe; three fishing rods; planting containers; seven gas cans; DR wheeled string trimmer; Honda gas powered mower; yard and garden supplies; gas powered ice auger; plastic sled; garden tools; fertilizer spreader; two small wooden stepladders; Husqvarna string trimmer.** | $500.00 |
| **12' step ladder; 14' extension ladder; (2) 28' extension ladders.  These have some damage and would need the ropes replaced.** | $150.00 |

Debtor 1      **Lane Herman Drury**                                    Case number *(if known)*   **21-00190**

| | |
|---|---|
| In the open part of the old shed;  Faded upper and lower tool boxes with miscellaneous mechanics tools. | $350.00 |

| | |
|---|---|
| In the right hand side of the older storage shed:  Hitch mount bike carrier; building supplies;  strong ties; red Road Trip grill; old tables; partial roll of rubber; bifold door; gas can;  6 boxes vinyl plank flooring; 2 big coolers; fishing supplies; electric weed wackers; plumbing supplies; laundry sink; boat downriggers. | $160.00 |

| | |
|---|---|
| In the back room of the west end of the back storage shed:  Non running Homelite chainsaw; (2) Air nailers; Dewalt Heavy duty drill; Dewalt air finish nailers; Miscellaneous hardware and small building supplies, including screws, nails and electrical components; Power paint sprayer (inoperable). Router table; Poulan chainsaw; worm drive circular saw;  Craftsman 12" wood cutting chop saw;  Makita 14" chop saw; Ryobi chop saw; sledge hammers; crow bars; pry bars, all in a metal box; Craftsman electric hand planer;  2 jig saws; Roto zip saw; Milwaukee electric hand held sheet metal shear; Dremel tool; DeWalt recipocating saw; outfeed rollers; miscellaneous hammers; miscellaneous crow bars, and miscellaneous carpentry tools. | $2,200.00 |

| | |
|---|---|
| Metal fan. | $15.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................   $4,055.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2**  .............................................................................................   $295,100.00
56.  **Part 2: Total vehicles, line 5**                                              $95,252.00
57.  **Part 3: Total personal and household items, line 15**                        $10,308.50
58.  **Part 4: Total financial assets, line 36**                                    $8,334.20
59.  **Part 5: Total business-related property, line 45**                           $1,590.00
60.  **Part 6: Total farm- and fishing-related property, line 52**                  $0.00
61.  **Part 7: Total other property not listed, line 54**                    +      $4,055.00

62.  **Total personal property.** Add lines 56 through 61...          $119,539.70     Copy personal property total      $119,539.70

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                                    $414,639.70

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lane Herman Drury** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number | **21-00190** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **12170 N. Kuehn Way Sutton, AK 99674  Matanuska Susitna County Tax ID:  51263000L008.  Value stated is 2021 assessed value, up from $162,300 in 2020.  2022 assessed value is $188,700.  Consists of 4.13 acres.  Trustee Battley is obtaining a brokers opinion**<br>Line from *Schedule A/B*: **1.2** | $170,100.00 | ■ $25,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **2010 Ford F 150 Lariat 107921 miles With bed cover. AK Plate: GWE388, SN:  1FTFW1EV7AFC2098. Keyless entry, crew cab, 6'5' bed, leather interior, power sliding window, sunroof. In fair condition.  Kbb.com value range in fair condition is $13780 to $16,273**<br>Line from *Schedule A/B*: **3.1** | $13,780.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

| Debtor 1 | **Lane Herman Drury** | | | Case number (if known) | **21-00190** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2010 Ford F 150 Lariat 107921 miles With bed cover. AK Plate: GWE388, SN:  1FTFW1EV7AFC2098. Keyless entry, crew cab, 6'5' bed, leather interior, power sliding window, sunroof. In fair condition.  Kbb.com value range in fair condition is $13780 to $16,273**<br>Line from *Schedule A/B*: **3.1** | $13,780.00 | ■ $1,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Unknown John Deere D130 riding lawn mower**<br>**Specifications according to Lowes web site:  22 HP, V Twin, 42",  hydrostatic transmission, with grass pickup bins.**<br>**A similar comparable listing on Facebook Marketplace for a Model D110 appeared on 5-10-2022 for $**<br>Line from *Schedule A/B*: **4.9** | $750.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the dining room: Six sided table with six chairs; floor lamp; framed decorator print; framed photo; corner cabinet with flower pots and nik naks; oversized cribbage board; games; poker chips, extension cord; and wall clock.**<br>Line from *Schedule A/B*: **6.1** | $180.00 | ■ $180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the kitchen:  Pots and pans; miscellaneous kitchen utensils; supplies and provisions; toaster; coffee pot; plant stand; GE propane gas stove; GE refrigerator; GE microwave; electric heater; two step ladders.**<br>Line from *Schedule A/B*: **6.2** | $520.00 | ■ $520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the living room:  Recliner; couch; oak cabinets; round coffee table; lamp; and miscellaneous nik naks.**<br>Line from *Schedule A/B*: **6.3** | $370.00 | ■ $370.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the master bedroom:  King size poster bed; oak bench at the foot of the bed; 8 drawer dresser with mirror; dark stained bookcase; six drawer dresser; office chair; 2 end tables; desk lamp; 7 drawer armoire.**<br>Line from *Schedule A/B*: **6.4** | $670.00 | ■ $670.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the crawl space: Electric barn heater.**<br>Line from *Schedule A/B*: **6.5** | $7.50 | ■ $7.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Lane Herman Drury | Case number (if known) | **21-00190** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pressure cooker and meat processing containers**<br>Line from *Schedule A/B*: **6.6** | $100.00 | ■     $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **4 plastic tables; Plastic picnic table; 60" round plastic table; portable event type shelter framework; glass top metal patio table; three garbage cans; framework for vehicle shelter; 11 patio chairs; wooden Adirondack chair; wooden bench; Longhorn 3 in 1**<br>Line from *Schedule A/B*: **6.7** | $350.00 | ■     $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the west side of the storage building:  Four compartment cabinet; bookshelves; drop leaf table; four drawer dresser; oak two drawer filing cabinet; gun rack; steel rolling cabinet; Sony stereo; carved duck lamp; camp chair; ratty rolling wooden cabinet;**<br>Line from *Schedule A/B*: **6.8** | $450.00 | ■     $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Miscellaneous extension cords.**<br>Line from *Schedule A/B*: **6.9** | $50.00 | ■     $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **In the laundry room:  Maytag washer and GE dryer.**<br>Line from *Schedule A/B*: **6.10** | $160.00 | ■     $160.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Outside:  Ancient chest freezer with food.**<br>Line from *Schedule A/B*: **6.11** | $300.00 | ■     $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **2 televisions, 2 Blue Ray players, cell phone.**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■     $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Judy Rideout framed print of polar bear cubs, 241/950 (1989); Judy Rideout framed print of a dall sheep.**<br>Line from *Schedule A/B*: **8.1** | $225.00 | ■     $225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Approximately 100 books, that are located in the west end of the back storage building.**<br>Line from *Schedule A/B*: **8.4** | $50.00 | ■     $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Lane Herman Drury** | Case number (if known) | **21-00190** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Golf clubs and a bowling ball.**<br>Line from *Schedule A/B*: **9.1** | **$600.00** | ■ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Binoculars**<br>Line from *Schedule A/B*: **9.2** | **$35.00** | ■ **$35.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Miscellaneous sportfishing supplies.**<br>Line from *Schedule A/B*: **9.6** | **$300.00** | ■ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Ruger .338, Model 77, rifle with gold ring Leopold scope, SN: 78-86962. Value stated from Page 2000 of the Bluebook of Gun Values in 70% condition:  $200, plus $100 for the scope and for the ammunition and accessories on hand for this weapon.**<br>Line from *Schedule A/B*: **10.3** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Clothing and shoes, including an antique Woolrich wool  coat**<br>Line from *Schedule A/B*: **11.1** | **$300.00** | ■ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Red female dog named "Mattie."**<br>Line from *Schedule A/B*: **13.1** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Hearing aids**<br>Line from *Schedule A/B*: **14.1** | **$2,000.00** | ■ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(9)** |
| **26  boxes Baxter dialysis supplies.**<br>Line from *Schedule A/B*: **14.2** | **Unknown** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(9)** |
| **Amia kidney dialysis machine; IV stand.  Unknown value.**<br>**Honda EU 2000 gas generator necessary to power it during power outages.**<br>Line from *Schedule A/B*: **14.3** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(9)** |
| **Toilet seat extension.**<br>Line from *Schedule A/B*: **14.4** | **$1.00** | ■ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(9)** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor 1   **Lane Herman Drury** | | | Case number (if known)   **21-00190** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Walker.**<br>Line from *Schedule A/B*: **14.5** | **$60.00** | ☑ **$60.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(9) |
| **Dewalt air compressor; miscellaneous mechanic tools; DeWalt compound miter saw;  short step stool;  shop vacuum.**<br>Line from *Schedule A/B*: **40.1** | **$350.00** | ☑ **$350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Miscellaneous household maintenance tools:  DeWalt 12" chop saw; air hoses; one DeWalt air finish nailer; 16 penny air gun;  DeWalt air 8 penny nailer.**<br>Line from *Schedule A/B*: **40.5** | **$420.00** | ☑ **$420.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Hand truck, dumping garden cart, snow shovels, and insulated cooler.**<br>Line from *Schedule A/B*: **53.1** | **$40.00** | ☑ **$40.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Lawn rake, brush nippers, cultivating hoe, garden rake.**<br><br>**Behind the storage building.**<br>Line from *Schedule A/B*: **53.6** | **$22.00** | ☑ **$22.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Behind the greenhouse: (13) assorted garden tools;  7 assorted camp coolers; wheelbarrow; gas can; one high quality large camp cooler.**<br>Line from *Schedule A/B*: **53.7** | **$240.00** | ☑ **$240.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Inside and along the greenhouse: Folding chair; extension cords; (2) hardened 80 pound bags sackcrete; hoe; three fishing rods; planting containers; seven gas cans; DR wheeled string trimmer; Honda gas powered mower; yard and garden supplies; gas powered**<br>Line from *Schedule A/B*: **53.8** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Metal fan.**<br>Line from *Schedule A/B*: **53.13** | **$15.00** | ☑ **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Lane Herman Drury** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ALASKA |
| Case number | **21-00190** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Lane Herman Drury**                    X _____
**Lane Herman Drury**                            Signature of Debtor 2
Signature of Debtor 1

Date **May  9, 2022**                            Date _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy